IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE : 8:01CR261 |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| KERRY L. BAKER, ) | |
| Defendant. ) | |

   The court previously appointed the Federal Public Defender to represent the defendant in the above case.  The court has been notified that the Federal Public Defender has a conflict and cannot accept the appointment.

   **THEREFORE, IT IS ORDERED** that Mark Bubak is appointed as attorney of record for the above-named defendant in this matter pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Mr. Bubak shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Mr. Bubak.

   DATED this 11th day of July, 2006.

                                                         BY THE COURT:

                                                         s/ Joseph F. Bataillon
                                                         United States District Judge