IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01cr261 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| KERRY L. BAKER, | ) ) ) | |
| Defendant. | ) | |

A change of plea hearing and sentencing is scheduled before Chief District Judge Joseph F. Bataillon on the 10th day of August, 2007, at 3:00 p.m. in Courtroom No. 3, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

IT IS ORDERED that:

1. Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant.

2. The Federal Public Defender shall provide CJA counsel with a new voucher.

**3. The Marshal is directed to return the defendant to the district for this hearing.**

DATED this 5th day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge