IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | 8:01CR261 |
| v. | ) | |
| KERRY L. BAKER, | ) | ORDER |
| Defendants. | ) | |

Pursuant to the Judgment entered on today's date, Filing No. 236, defendant Kerry Baker's total Special Assessment in this case is $100.00.  The court notes that the defendant has previously paid to the Clerk of Court $200.00 towards his Special Assessment ($100.00 paid on 5/12/03, $70.00 paid on 6/7/05, and $30.00 paid on 7/13/05).  Therefore, the court orders that the defendant be reimbursed for $100.00 by the Clerk of Court.

SO ORDERED:

DATED this 1st day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge